**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Chubb Fire LTD |
| Defendant 13 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 14 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 15 | Deepwater Chemicals, Inc. |
| Defendant 16 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | Dynax Corporation |
| Defendant 18 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | Kidde PLC |
| Defendant 20 | Nation Ford Chemical Company |
| Defendant 21 | National Foam Inc |

| | |
|---|---|
| Defendant 22 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 23 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |
| Defendant 24 | United Technologies Corporation |
| Defendant 25 | UTC Fire & Security Americas Corporation, Inc, f/k/a GE Interlogix, Inc |

## **Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

⊠    Diversity

⊠    Federal Question

⊠    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐    Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## **Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## **Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease

> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: _09/04/2025_         Respectfully Submitted,

                      AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                      */s/ Douglass A. Kreis*
                      Douglass A. Kreis
                      Bryan F. Aylstock
                      Justin G. Witkin
                      dkreis@awkolaw.com
                      baylstock@awkolaw.com
                      jwitkin@awkolaw.com
                      17 East Main Street, Suite 200
                      Pensacola, FL 32502
                      Phone: (850) 202-1010

                      *Attorneys for Plaintiffs*

Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alexander, Dennis | 10/25/1963 | GA | Northern District of Georgia | X | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Alley, Robert | 8/16/1960 | IL | Central District of Illinois | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Alvarez Mariscal, Brittany | 9/4/1989 | AZ | District of Arizona | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Armstrong, Don Clay | 11/4/1983 | TX | Northern District of Texas | X | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Atkinson, Hurseta | 2/19/1968 | TX | Western District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Bagley, Christopher | 7/8/1969 | NC | Western District of North Carolina | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Baldwin, Anthony | 5/16/1965 | OR | District of Oregon | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Ball, Maurice | 10/13/1955 | WV | Southern District of West Virginia | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 9. | Baltimore, Raymond | 2/6/1973 | AR | Eastern District of Arkansas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Barreiro, Omar | 3/15/1980 | TX | Southern District of Texas | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Battles, Randy | 11/8/1951 | WI | Eastern District of Wisconsin | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Bauer, Vernon Scott | 4/27/1961 | CA | Eastern District of California | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bennett, Isaac | 3/30/1962 | TX | Southern District of Texas | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Benton, James Michael | 6/28/1969 | TX | Western District of Texas | X | X | | Thyroid Disease; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Bethay, Willie J. | 6/30/1952 | SC | District of South Carolina | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Billy, Azilee | 8/9/1964 | SC | District of South Carolina | X | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Birchard, Kenneth | 6/14/1966 | ND | District of North Dakota | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Bluestein, Keith Alan | 2/14/1960 | AZ | District of Arizona | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Bowen, Stevie | 9/3/1967 | AL | Middle District of Alabama | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | Brown, Jr., Pawnee Dale | 3/20/1954 | OK | Eastern District of Oklahoma | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Buabeng, Emmanuel | 12/24/1975 | VA | Eastern District of Virginia | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Buehler, Michael | 9/28/1960 | TX | Western District ot Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Caldwell, Chris | 11/9/1959 | FL | Middle District of Florida | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Carpenter, Richard | 2/22/1971 | FL | Northern District of Florida | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Charloux, Craig Stephen | 7/15/1969 | FL | Middle District of Florida | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Charvez, Kelly | 1/4/1969 | FL | Southern District of Florida | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Christiansen, Steven | 9/1/1956 | MO | Eastern District of Missouri | X | X | | Liver Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Clifton, Joe | 1/15/1968 | TX | Eastern District of Texas | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Coder, Cory | 7/3/1974 | IN | Northern District of Indiana | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Copeland, Laura | 5/3/1979 | MO | Western District of Missouri | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Corredine, Frank Anthony | 10/8/1975 | MS | Northern District of Mississippi | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Cotten, Sean | 3/26/1970 | TN | Eastern District of Tennessee | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Cruz, Mercedes | 6/25/1961 | GA | Middle District of Georgia | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Davidson, Jenna | 8/19/1981 | OR | District of Oregon | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Davis, Debbie | 6/30/1982 | OH | Nothern District of Ohio | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Diamond, Jaye Brent | 11/3/1958 | FL | Northern District of Florida | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Dodson, Charles | 11/19/1960 | TN | Eastern District of Tennessee | X | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Droze, Robert | 11/5/1982 | GA | Northern District of Georgia | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Dubose, Valerie | 2/8/1966 | SC | District of South Carolina | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 40. | Eason, Stevie | 9/13/1955 | IN | Southern District of Indiana | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Eckles, Robert | 3/31/1968 | NY | Eastern District of New York | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Ellestad, Kenneth | 9/10/1957 | WI | Western District of Washington | X | X | | Testicular Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Erickson, James | 3/7/1957 | MN | District of Minnesota | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Esparza, Robert John | 7/7/1959 | IL | Northern District of Illinois | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Estrada, Felix | 6/11/1945 | NV | District of Nevada | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Everhard, Brian James | 2/12/1947 | TX | Western District of Texas | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Faust, Steven Michael | 7/13/1980 | PA | Eastern District of Pennsylvania | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Forthner, Shemecia | 3/26/1983 | MS | Southern District of Mississippi | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Fortin, Mindy | 7/9/1985 | VA | Eastern District of Virginia | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 50. | Fraser, Sr., Derrick A. | 9/10/1958 | TX | Southern District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Frost, Christopher | 10/7/1975 | VA | Eastern District of Virginia | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Fulcher, Keith | 2/17/1960 | TN | Western District of Tennessee | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Gage, David | 2/25/1978 | TX | Eastern District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Garrett, Ronald Snyder | 4/17/1956 | VA | Eastern District of Virginia | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Gonzalez, James | 10/26/1951 | CA | Eastern District of California | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Gray, Gina | 1/28/1963 | SC | District of South Carolina | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Green, Rudolph | 6/1/1942 | CA | Central District of California | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Grivas, Gregory | 7/17/1960 | NV | District of Nevada | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Guyton, Fredrick | 12/6/1979 | SC | District of South Carolina | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Hahn, Dale | 3/24/1978 | OR | District of Oregon | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Hamilton, James | 12/17/1965 | TN | Eastern District of Tennessee | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Haney, Jonathan | 6/19/1977 | LA | Middle District of Louisiana | X | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Harpe, Matthew | 11/6/1987 | AR | Eastern District of Arkansas | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Hawk, Gentry | 2/25/1970 | SC | District of South Carolina | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Herrera, Jr., Rick | 6/16/1961 | MO | Western District of Missouri | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Holloway, Brndon | 9/3/1977 | VA | Eastern District of Virginia | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Holmes, Mark Christopher | 10/16/1970 | TX | Northern District of Texas | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Holsonback, Daniel Thomas | 12/7/1948 | TX | Eastern District of Texas | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Hughes, Brian | 10/13/1970 | CA | Central District of California | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Hunter, Brandon | 5/11/1989 | TX | Southern District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Ingalsbe, Scott | 10/25/1961 | MO | Western District of Missouri | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Irwin, Lori | 4/1/1970 | TX | Southern District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Johnson, Dwayne | 4/21/1959 | TN | Middle Dostrict of Tennessee | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Johnson, Ralph | 3/23/1945 | AZ | District of Arizona | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Johnson, Roberd | 1/28/1970 | VA | Western District of Virginia | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Jones, Dustin | 4/13/1979 | TX | Eastern District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Jones, Jason Lamar | 6/14/1979 | FL | Middle District of Florida | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Jones, Wiley | 4/24/1964 | AL | Northern District of Alabama | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Jordan, James | 1/13/1969 | TX | Western District of Texas | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Juarez, Gloria | 7/7/1956 | CA | Central District of California | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Justice, Joseph | 2/8/1960 | PA | Western District of Pennsylvania | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Kadiri, Wasiu | 2/11/1972 | GA | Northern District of Georgia | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Kirchner, Kira | 9/2/1987 | OK | Northern District of Oklahoma | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Lambert, Richard | 8/4/1967 | WI | Eastern District of Wisconsin | X | X | | Kidney Cancer; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Lane, Dustin A. | 5/10/1974 | WA | Western District of Washington | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Langham, Jimmy | 4/28/1953 | TN | Eastern District of Tennessee | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Lemons, Irvin Roger | 5/8/1969 | MS | Southern District of Mississippi | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Long, Ricky Dale | 5/24/1954 | IN | Southern District of Indiana | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Lusk, Keith | 2/23/1969 | TX | Southern District of Texas | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Mack, Marcus | 12/9/1961 | CA | Southern District of California | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Manchas, Sherri | 12/18/1970 | PA | Western District of Pennsylvania | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Martin, David A. | 7/30/1975 | WA | Western District of Washington | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Massey, Joe | 11/24/1954 | OK | Eastern District of Oklahoma | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Matthews, Herman | 1/10/1968 | OH | Northern District of Ohio | X | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | McCall, Kevin | 12/7/1960 | NC | Eastern District of North Carolina | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | McDermott, Kathlyne | 10/26/1967 | MS | Southern District of Mississippi | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | McDonald, Christopher | 6/2/1985 | OK | Northern District of Oklahoma | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | McDonald, Clyde | 6/16/1961 | OH | Southern District of Ohio | X | X | | Liver Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | McKay, Angie | 9/22/1978 | ID | District of Idaho | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | McKinney, William Ray | 11/6/1955 | GA | Southern District of Georgia | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Melnick, Marcus | 3/10/1973 | IL | Northern District of Illinois | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Meyer, Cody | 11/3/1989 | IL | Southern District of Illinois | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Minehan, Forrest | 11/5/1961 | WI | Western District of Wisconsin | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Mints, James Randal | 8/3/1962 | MO | Western District of Missouri | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Mondello, Sarah | 8/15/1984 | IL | Northern District of Illinois | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Moore, Mavis | 5/13/1940 | OR | District of Oregon | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Moxley, Ralph | 7/10/1964 | NC | Eastern District of North Carolina | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 108. | Mruz, Walter | 1/4/1965 | NY | Eastern District of New York | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Murphy, Ryan | 6/16/1956 | MI | Eastern District of Michigan | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Naiser, Gerald Jerome | 3/17/1960 | TX | Western District of Texas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Norales, Lecia | 5/25/1961 | VA | Eastern District of Virginia | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | O'Briant, Jeff | 12/9/1960 | TN | Eastern District of Tennessee | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Osborne, Steven Phillip | 4/21/1970 | FL | Middle District of Florida | X | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Plummer, Lee Curtis | 3/13/1948 | VA | Eastern District of Virginia | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Pochylski, Emmanuel | 8/30/1983 | CA | Eastern District of California | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Quarles, Joe | 3/7/1962 | AL | Northern District of Alabama | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 117. | Rawlings, Lachelle | 12/20/1969 | CA | Central District of California | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Rawlins, Mark Steele | 4/11/1964 | ID | District of Idaho | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Ray, William | 12/2/1952 | TX | Western District of Texas | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Robinson, Charles | 3/4/1954 | CT | District of Connecticut | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Rutledge, Prince | 3/24/1956 | NC | Middle District of North Carolina | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Sheriff, Marsha | 12/10/1965 | PA | Western District of Pennsylvania | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Shine, Walter Lewis | 4/19/1953 | CA | Northern District of California | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Shockome, James | 9/10/1991 | MI | Western District of Michigan | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Sileo, Richard V. | 5/3/1948 | FL | Middle District of Florida | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Simms, David M. | 3/18/1947 | FL | Southern District of Florida | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 127. | Simpson, Larry | 8/4/1966 | OK | Northern District of Oklahoma | X | X | | Testicular Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Slater, Michael | 5/14/1967 | OH | Northern District of Ohio | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Somogy, Michael | 4/26/1951 | NJ | District of New Jersey | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Sorensen, Daniel | 6/10/1986 | UT | District of Utah | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Stewart, Buddy Junior | 11/28/1970 | GA | Northern District of Georgia | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Straub, John | 10/25/1975 | KY | Western District of Kentucky | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Taylor, Lakrista | 9/27/1988 | WV | Southern District of West Virginia | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Taylor, Thomas M. | 8/4/1964 | NC | Eastern District of North Carolina | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Urbina, Ramon | 1/4/1984 | LA | Eastern District of Louisiana | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Valtierra, Robert | 3/21/1961 | CA | Central District of California | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Varley, Nathan | 3/10/1982 | CA | Northern District of California | X | X | | Ulcerative Colitis; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Vaughan, Kimberly | 5/7/1979 | NC | Middle District of North Carolina | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Vazquez, Oscar D. | 2/5/1986 | VA | Eastern District of Virginia | X | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Vecellio, Coleen | 10/5/1967 | PA | Middle District of Pennsylvania | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Vonfeldt, Neal J. | 4/15/1955 | AR | Western District of Arkansas | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Ward, Derrick | 7/30/1965 | AL | Northern District of Alabama | X | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | Ware, Kelvin | 12/24/1977 | CA | Central District of California | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Williamson, Shawn | 8/5/1974 | OH | Southern District of Ohio | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Wilson, Brad | 12/21/1951 | MI | Eastern District of Michigan | X | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | Wilson, James | 1/4/1984 | MA | District of Massachusetts | X | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | Wright, Adam Lane | 10/6/1979 | KY | Western District of Kentucky | X | X | | Ulcerative Colitis; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Wright, Jeffrey | 7/13/1978 | MS | Northern District of Mississippi | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | Zeine, Tina Eleanor | 5/20/1983 | TN | Western District of Tennessee | X | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | Zimmerman, Eric | 9/29/1968 | OR | District of Oregon | X | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |